September 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DAVID REYNOLDS, Appellant

NO. 14-13-00589-CV                    V.

WELLS FARGO BANK, NA, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on June 6, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, David Reynolds.

We further order this decision certified below for observance.